[Cite as *Webb v. Buckeye Schools*, 2024-Ohio-5963.]

**IN THE COURT OF CLAIMS OF OHIO**

| | |
|---|---|
| SEAN M. WEBB | Case No. 2023-00700PQ |
| Requester | Judge Lisa L. Sadler |
| v. | <u>JUDGMENT ENTRY</u> |
| BUCKEYE SCHOOLS | |
| Respondent | |

{¶1} In this public-records case, before the Court is a Decision Of The Magistrate filed on October 16, 2024, in which a magistrate recommends denying Requester's motion for contempt against Respondent. A week after the magistrate filed his Decision—on October 23, 2024—the Court denied, for lack of good cause shown, requester's request to extend the fourteen-day period for filing objections that is set forth in Civ.R. 53(D)(3)(b)(i).

{¶2} Neither party has filed timely written objections to the magistrate's Decision issued on October 16, 2024.[1]

{¶3} Under Civ.R. 53(D)(4)(c), if no timely objections are filed, a court "may adopt a magistrate's decision, unless it determines that there is an error of law or other defect evident on the face of the magistrate's decision." Upon independent review, the Court finds no error of law or other defect evidence on the face of the Decision of the Magistrate

---

[1] Pursuant to Civ.R. 53(D)(3)(b)(i), a party "may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." The prescribed period for filing objections under Civ.R. 53(D)(3)(b)(i) is not enlarged by Civ.R. 6(D) (three-day mail rule). *Duganitz v. Ohio Adult Parole Auth.*, 92 Ohio St.3d 556, 557 (2001); *Wiltz v. Accountancy Bd. of Ohio*, 2016-Ohio-8345, ¶ 25 (10th Dist.); *Wajda v. M&J Automotive, Inc.*, 2010-Ohio-6584, ¶ 29 (7th Dist.).

Here, the parties were required to file written objections by October 30, 2024. A review of the docket discloses that neither party filed written objections by October 30, 2024.

issued on October 16, 2024. The Court therefore adopts the Decision Of The Magistrate issued on October 16, 2024, as its own, including the findings of fact and conclusions of law contained in the Decision Of The Magistrate filed on October 16, 2024.

{¶4} Court costs associated with Requester's Motion To Compel & Show Cause filed on April 3, 2024, are assessed to Requester. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

LISA L. SADLER
Judge

**Filed November 5, 2024**
**Sent to S.C. Reporter 12/20/24**